Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Gloria S. Ortiz

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA S. ORTIZ, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:20-cv-01384-ADS <br><br> ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:  1/4/2021

　　　　　　　　　/s/ Autumn D. Spaeth
　　　　　THE HONORABLE AUTUMN D. SPAETH
　　　　　UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: December 30, 2020     Respectfully submitted,

2                               LAW OFFICES OF LAWRENCE D. ROHLFING

3                          BY: /s/ *Young Cho*
                               _____
4                               Young Cho
                                Attorney for plaintiff Gloria S. Ortiz